## Commonwealth *v.* Houston, Appellant.

 Argued April 10, 1973. *Frank P. Krizner,* with him *McCandless, Chew & Krizner,* for appellant; *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jacques, Appellant.

 Argued April 12, 1973. *David P. Truax,* with him *Bozic, Bozic, Thomas & Truax,* for appellant; *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.